1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNXIA WANG, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>EFT HOLDINGS, INC., *et al.*,<br><br>   Defendants. | Case No. 15-CV-00727-DSF (CWx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE ON RESPONSIVE MOTIONS**<br><br>Judge:           Hon. Dale S. Fischer<br><br>**Current Response Date:**<br>   May 11, 2015<br><br>**Revised Response Date:**<br>   June 1, 2015<br><br>Complaint Filed:  January 30, 2015 |

# ORDER

The Court, having considered the Parties' Joint Stipulation to Extend Time to Respond to First Amended Complaint and to Establish Briefing Schedule on Responsive Motions, and for good cause shown, HEREBY ORDERS THAT:

1. All pending motions by Defendants directed at the initial Complaint (Dkt. 40-43) are moot;

2. Defendants retain the right to raise any challenges, including those made to the initial Complaint, in response to the First Amended Complaint;

3. Defendants' deadline to respond to the First Amended Complaint shall be June 1, 2015;

4. The following briefing schedule shall apply to any motions Defendants file regarding the First Amended Complaint :

    a. Opposition Deadline:    July 6, 2015

    b. Reply Deadline:    July 27, 2015

    c. Hearing Date:    August 17, 2015

IT IS SO ORDERED.

4/27/15

Dated: _____    _____

                                                      Hon. Dale S. Fischer
                                   United Stated District Court Judge
                                       Central District of California